IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13cr299-MHT |
| | ) | (WO) |
| ERIC TYRONE DIXON | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on May 9, 2014, this Court entered a Preliminary Order of Forfeiture (Doc. #28), forfeiting the following firearms and ammunition to the United States: a Savage, 18C, short barrel .410 shotgun, bearing serial number A518645; a J. C. Higgins 12 gauge shotgun, bearing no serial number; 1 round of .410 ammunition; and, 2 rounds of 12 gauge ammunition.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave defendant notice in the Indictment (Doc. #1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1). Further, defendant consented to the forfeiture of the property in his plea agreement. (Doc. #23, p. 3).

WHEREAS, the Court finds that defendant Eric Tyrone Dixon has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c). The United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

IT IS HEREBY ORDERED that the United States of America's Motion for a Final Order of Forfeiture (Doc. No. 51) is GRANTED as follows:

1. The following firearms and ammunition are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c):

    (a) Savage, 18C, short barrel .410 shotgun, bearing serial number A518645;

    (b) J. C. Higgins 12 gauge shotgun, bearing no serial number;

    (c) 1 round of .410 ammunition; and,

    (d) 2 rounds of 12 gauge ammunition.

2. All right, title and interest to the firearms and ammunition described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 24th day of September, 2014.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE