**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:13cr299-MHT** |
| | ) | **(WO)** |
| **ERIC TYRONE DIXON** | ) | |

**ORDER**

Upon consideration of the Probation Department's request to dismiss the revocation petition (doc. no. 82), which the parties do not oppose, it is ORDERED that the request (doc. no. 82) is granted, the petition for revocation (doc. no. 60) is dismissed, and the hearing set for July 9, 2020, is cancelled.

DONE, this the 6th day of July, 2020.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**