IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:13cr299-MHT
                            )             (WO)
ERIC TYRONE DIXON           )
```

## ORDER

Based on the representations made on the record during the status conference on April 1, 2021, it is ORDERED that:

(1) The revocation petition (Doc. 84) is set for an in-person evidentiary hearing on April 23, 2021, at 10:00 a.m., in person, in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Defense counsel has represented that the case will require a full evidentiary hearing and should last a few hours.

(2) By April 9, 2021, at 5:00 p.m., the government shall file a brief setting forth the elements of the state charges against defendant Eric Tyrone Dixon, including any case law that may help explain the

elements.  Defendant Dixon will have until April 16, 2021, at 5:00 p.m., to file a response.

DONE, this the 1st day of April, 2021.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE